# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

pg. 1 of 3

Gilbert Raymond Olea
3127 W Gibson 4W Towers Jail
Phoenix Arizona 85009
P207849  T-3-B-14

**FILED**
NOV 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Vs.

State of Arizona
Joseph M. Arpaio
Maricopa County Sheriff

CIVIL ACTION NO: _____
(To Be filled in by Clerk)

CASE NUMBER   1:06CV02059
JUDGE: Unassigned
DECK TYPE: Pro se General Civil
DATE STAMP: 11/30/2006

## COMPLAINT

On November 3, 2006 At 17:00 hrs I received mail from your court clerks office. Upon receiving the Letter sent to me I notice in two places in plain view in front of the envelope it was stamped in red ink by your court clerks office (OPEN IN PRESENCE OF INMATE) when this Letter was handed to me upon receiving your letter it had already been opened by M.C.S.O. Staff And taped shut with transparent tape And this All took place without me being present

1

RECEIVED
NOV 08 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

pg. 2 of 3

Detention officer D. Vindila #A7116 witness while the passing out of mail that the mail from your Clerks office was opened prior to me receiving it. At that time I filled out and filed a grievance form at that time Detention officer #A7116 sign it and Forward it to Mail Room Staff for review.

A. In refference to Hart Vs Hill (Hart Vs M.C.S.O.) Ammended Judgement as of January 1, 1995 Page 6 paragraph 33 Clearly States Privileged Incoming mail, that is, mail from public official, attorneys, the Courts and the press may be opened or inspected in the presence of the Pretrial Detainee to whom the Letter was Addressed. Detention personal may not read or censor the Letter enclosed.

B. In refference to Maricopa County Sheriff's Office Rules and Regulations for Inmates Joseph M. Arpaio Section 14 Legal mail will only be opened and Inspected in your presence (Pretrial Detainee). Legal mail consist of mail received from Attorneys, courts, officers of the court, government officials or agencies, officials of the confining authority or administrators of grievance systems.

C. Because of these actions I Gilbert Raymond Olea P207849 as of Nov 3, 2006 have had My Pretrial Detainee Constitutional rights been violated as applied by due process and also invasion of my pricacy while in custody in the Maricopa County Towers Jail

# Request For Relief

pg 3 of 3

A. I'm asking the court for relief in the Amount of $50,000.00 Dollars or the Maximum Amount as Available by the court for Invasion of my Pretrial Detainee Constitutional rights of privacy as applied by due process and Ammended by the court in Hart Vs Hill (Hart Vs MCSO) which took effect January 1, 1995

B. Requesting that the Sheriff of Maricopa County Joseph M. Arpaio/ Maricopa County Sheriff Office be responsible for paying of All court cost and applicable filing fees for Civil Action No: _____
(To be filled in by Clerk)

C. Compensation to the Maximum Amount for violation of Pretrial Detainee's Constitutional Civil Rights as applied by due process and Ammended by the court in Hart Vs Hill (Hart Vs MCSO) which took effect January 1, 1995

D. Monetari compensation for pain & suffering in the Maximum Amount as Available by the court

E. Punitive Monetari compensation to the fullest Maximum Amount as Available as pertaining to guidelines and Court orders for Pretrial Detainee's

F. All other Equitable and General relief as ordered in Hart Vs Hill (Hart Vs MCSO) to the Maximum fullest Amount Available by the court Ammended January 1, 1995

Dated, Nov 4 2006

_Signature: Gilbert R. Olen_
Gilbert Raymond Olen P207849
3127 W. Gibson Lane Towers Jail
Phoenix Arizona 85009 T-3-B-14

# INMATE GRIEVANCE FORM

Maricopa County Sheriff's Office
Joseph M. Arpaio, Sheriff

To: Highest Level   Received By: Nundeda A7116   Date/Time: 11-3-06/1610

From: Gilbert R Olea   P207849   Towers   T-6-B-14   Nov 3, 2006

Inmate Name | Booking # | Facility | Cell/Room | Date

**I. Grievance (To be completed by Inmate):** Briefly describe your complaint and a proposed resolution.

On November 3, 2006 I recieved Legal Mail from the Clerks Office United States District Court for The District of Columbia. This mail was opened prior to me recieving it. The mail that was sent to me was clearly print in front in plain view (Open in Presence of Inmate) I'm not sure if your staff that opens mail has been informed. That even though we are Pretrial Detainees we still have Legal right. From this stand point my rights have been violated and I will persue this Matter to The Highest Level. There is No Resolution to this Violation. People are in jail for matters equal to this situation for Mail Not Addressed to them personaly And opened without presents of Addressed person presents.

Gilbert R Olea   Nov 3, 2006
Inmate's Signature   Date

**II. Officer Action Taken:**
FORWARD ON TO MAILROOM, SIR YOUR MAIL WAS OPENED BY ACCIDENT BY THE CADET, IT WASN'T INTENTIONALLY. I APOLOGIZE FOR THE INCIDENT.

Ourdua A7116   11-3-06/1610
Officer's Signature   A#   Date/Time

**III.** This complaint has been resolved informally by the line officer or withdrawn by the inmate.

___ P207849   11-4-06
Inmate's Signature   Booking #   Date

**IV. Shift Supervisor's action and receipt (informal):** I have addressed the nature of the complaint of the above named inmate and have taken the following action:

_____ return yellow copy to inmate if resolved.

Shift Supervisor's Signature   Date/Time
___ Forward to Hearing Officer for file (informally resolved).
___ Forward to Hearing Officer as a formal grievance.

Inmate's Signature   Booking #   Date

**06 2059**

**V. Bureau Hearing Officer's Response (formal):** I have investigated the above grievance and have taken the following action:

Bureau Hearing Officer's Signature   Date/Time

Inmate's Signature   Booking #   Date

**FILED**

**NOV 3 0 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**To Inmate:** If not satisfied with the Hearing Officer's resolution, submit an inmate Institutional Grievance Appeal Form within 24 hours of receipt to the Jail/Division Commander through the Hearing Officer.

WHITE - Return to the Hearing Officer upon response   YELLOW - Return to inmate with response   PINK - Retained by inmate upon submittal

5000-239 R5/97   0108098